FILED

12/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0657

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 22-0657**

| | |
|---|---|
| IN RE THE MARRIAGE OF:<br><br>KRISTIN VICK,<br><br>   Petitioner/Appellant,<br><br>and<br><br>NATHAN VICK,<br><br>   Respondent/Appellee. | **ORDER DISMISSING APPEAL** |

This matter came before the Court on Appellant's Motion to Voluntarily Dismiss Appeal. Having considered the same, and for good cause shown,

IT IS HEREBY ORDERED that this matter is dismissed.

DATED and electronically signed as indicated below.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2022